FILED

2004 DEC 29 P 1:41

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| HSBC BUSINESS LOANS, INC. EQUIPMENT FINANCE DIVISION ) ) ) ) V. ) ) ) STORAGE TRAILER RENTALS, L.L.C. and ) CYNTHIA TRAYNER ) ) | CIVIL ACTION NO. 3:01 CV 968(JBA) DECEMBER 28, 2004 |

## APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter the Appearance of Mark E. Block, of O'Brien, Shafner, Stuart, Kelly & Morris, 138 Main Street, P. O. Box 310, Norwich, Connecticut 06360, as counsel for the Substituted Plaintiff, MARYANN SWABBY.

Dated at Norwich, Connecticut this 28th day of December, 2004.

MARYANN SWABBY, Substituted Plaintiff

By_____
Mark E. Block, for O'Brien, Shafner,
Stuart, Kelly & Morris, P. C.
138 Main Street, P.O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 889-6244
Email: mblock@obrienshafner.com
Fed. Bar No. ct06557

## **CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 28th day of December, 2004, to the following:

Irve J. Goldman, Esq.
Pullman & Comley
300 Atlantic Street
Stamford, CT 06901-3522

Matthew Michael Hausman, Esq.
Law Offices of Matthew Michael Hausman
799 Silver Lane
Trumbull, CT 06611

W. James Cousins, Esq.
McGowan & Cousins, P.C.
15 Cannon Road
Wilton, CT 06897

Storage Trailer Rentals, LLC
33 Industrial Park Road
Putnam, CT 062260

Cynthia Trayner
13 Westside Drive #94
North Grosvenordale, CT 06255

By_____
Mark E. Block for O'Brien, Shafner, Stuart,
Kelly & Morris, P. C.
138 Main Street, P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct06557

F:\USERS\MER\Forms\Federal\AppearanceDistrictCourt.wpd