FILED

2004 DEC 29 P 1:41

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT (NEW HAVEN)

| | |
|---|---|
| HSBC BUSINESS LOANS, INC. EQUIPMENT FINANCE DIVISION ) ) ) ) V. ) ) ) STORAGE TRAILER RENTALS, L.L.C. and ) CYNTHIA TRAYNER ) ) | CIVIL ACTION NO. 3:01 CV 968(JBA) DECEMBER 28, 2004 |

## MOTION TO VACATE DISMISSAL AND SUBSTITUTE PARTY PLAINTIFF

MARYANN SWABBY, Assignee of the Plaintiff in the above-captioned matter, hereby moves the Court to vacate the order dismissing the case entered on November 21, 2002 (Arterton, J.) and to substitute MARYANN SWABBY as party Plaintiff herein.

This case was dismissed by order of the Court (Arterton, J.) on November 21, 2002, for failure to prosecute, specifically, for failure to provide a status report due on October 16, 2002. The Plaintiff assigned the claim which is the basis of this action to MARYANN SWABBY, who should be substituted as Plaintiff. The undersigned counsel for MARYANN SWABBY is prepared to diligently prosecute this action if the Court vacates the order of dismissal entered on November 21, 2002.

Based upon the foregoing, the substituted plaintiff moves the Court to vacate the order of dismissal entered on November 21, 2002 and to substitute MARYANN SWABBY as Plaintiff herein.

Dated at Norwich, Connecticut this 28th day of December, 2004.

                                      **MARYANN SWABBY, Substituted Plaintiff**

By_____
Mark E. Block for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct06557

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT(NEW HAVEN)

| | |
|---|---|
| HSBC BUSINESS LOANS, INC. EQUIPMENT FINANCE DIVISION <br><br> V. <br><br> STORAGE TRAILER RENTALS, L.L.C. and CYNTHIA TRAYNER | CIVIL ACTION NO. 3:01 CV 968(JBA) |

## ORDER

The foregoing Motion having been considered by this Court, it is hereby

**GRANTED:**  Dismissal entered on November 21, 2002 is hereby vacated;

MARYANN SWABBY is hereby substituted as party Plaintiff;

_____

_____

_____

_____

**DENIED.**

BY THE COURT (_____, J.)

_____
Clerk/Assistant Clerk

Date: _____

LAW OFFICES • O'BRIEN, SHAFNER, STUART, KELLY & MORRIS, P.C.
P.O. BOX 310 • NORWICH, CONNECTICUT 06360 • 860-889-3855 • FAX: 860-886-6352 • JURIS NUMBER 412176

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, on this 28th day of December, 2004, to the following:

Irve J. Goldman, Esq.
Pullman & Comley
300 Atlantic Street
Stamford, CT 06901-3522

Matthew Michael Hausman, Esq.
Law Offices of Matthew Michael Hausman
799 Silver Lane
Trumbull, CT 06611

W. James Cousins, Esq.
McGowan & Cousins, P.C.
15 Cannon Road
Wilton, CT 06897

Storage Trailer Rentals, LLC
33 Industrial Park Road
Putnam, CT 062260

Cynthia Trayner
13 Westside Drive #94
North Grosvenordale, CT 06255

By_____
Mark E. Block for O'Brien,
Shafner, Stuart, Kelly & Morris, P. C.
138 Main Street
P. O. Box 310
Norwich, CT 06360
Phone: (860) 889-3855
Fax: (860) 886-6352
Federal Bar No. ct06557

F:\USERS\MER\Forms\Federal\MotionReopenDismissal.wpd